# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02791-NYW-STV

Meggs, et al.

        Plaintiffs,

vs.

Northglenn, LLC

        Defendant.

_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, with consent of the Defendant, hereby inform this Court that the parties have agreed, in principle, to settle the above-captioned matter. The parties expect to execute a settlement agreement in short order and file a dismissal papers within the next sixty days.

Respectfully submitted this 3rd day of April 2023,

                                      *s/ Jon G. Shadinger Jr.*
                                      Jon G. Shadinger Jr., Esq.
                                      Shadinger Law, LLC
                                      717 E. Elmer Street, Suite 7
                                      Vineland, NJ 08360
                                      Direct (609) 319-5399
                                      Office (609) 691-8565
                                      Fax (609) 262-4651
                                      js@shadingerlaw.com
                                      *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
