IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02791-NYW-STV

Meggs, et al.

       Plaintiffs,

  vs.

Northglenn LLC,

       Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted on this 10th day of May 2023,

| | |
|---|---|
| **/s/ Jon G. Shadinger, Jr.** | **/s/ Richard A. Olmstead** |
| Jon G. Shadinger Jr., Esq. | Richard A. Olmstead, Esq. |
| Shadinger Law, LLC | Kutak Rock LLP |
| 717 E. Elmer St., Suite 7 | 2300 Main Street, Suite 800 |
| Vineland, NJ 08360 | Kansas City, MO 64108 |
| Direct (609) 319-5399 | Direct (816) 502-4669 |
| Office (609) 691-8565 | Richard.olmstead@kutakrock.com |
| Fax (609) 262-4651 | *Attorneys for Defendant* |
| js@shadingerlaw.com | |
| *Attorney for Plaintiff* | |